UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARK COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 3:17-cv-03102-RM-TSH |
| v. | ) |
| | ) JURY DEMANDED |
| BEELMAN TRUCK CO., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO DISMISS COUNTS I & II OF PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6)**

Defendant Beelman Truck Company ("Beelman") moves the Court to dismiss Counts I and II of Plaintiff's Complaint, pursuant to Rule 12(b)(6), on the grounds that said Counts fail to state a claim upon which relief can be granted against Beelman in that Counts I and II as plead cannot establish a case of interference or retaliation under the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, *et seq*.

Respectfully submitted,

ROBERTS PERRYMAN, P.C.

/s/ Ted L. Perryman
Ted L. Perryman, #02170504
1034 S. Brentwood Blvd, Suite 2100
St. Louis, Missouri 63117
Phone: (314) 421-1850/Fax: (314) 421-4346
tperryman@robertsperryman.com

*Attorneys for Beelman Truck Company*

**CERTIFICATE OF MAILING**

      The undersigned hereby certifies that a true and accurate copy of the foregoing has been filed upon the court's electronic filing system this 26th day of May, 2017 to:

Alejandro Caffarelli, #06239078
Alexis D. Martin, #06309619
Caffarelli & Associates, Ltd.
224 S. Michigan Ave., Ste. 300
Chicago, IL 60604
*Attorneys for Plaintiff*

                                      /s/ Ted L. Perryman