E-FILED
Monday, 13 January, 2020  11:37:07 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| MARK COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 3:17-cv-03102-RM-TSH |
| v. | ) | |
| | ) | |
| BEELMAN TRUCK CO., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO CONTINUE TRIAL

Plaintiff, Mark Cooper ("Plaintiff"), and Defendant, Beelman Truck Co. ("Beelman") (collectively, the "Parties"), respectfully request that the Court continue the trial in this matter, currently set for February 11, 2020.  In support of this Motion, the Parties state:

1.      On November 1, 2019, the Court continued the trial in this matter from December 7, 2019 to February 11, 2020.  At the time, the Parties' respective motions for summary judgment were still pending before the Court.

2.      On December 3, 2019, R. Nelson Williams entered his appearance on behalf of Beelman.  Mr. Williams will represent Beelman going forward, and is currently reviewing and analyzing the case history.  Mr. Williams currently has a trial scheduled in another matter for March 17, 2020.

3.      On January 6, 2020, the Court denied the Parties' motions for summary judgment. Trial is still set for February 11, 2020.

4.      The Parties are continuing to evaluate the merits of their claims and defenses. Further, the Parties are revisiting settlement discussions in light of the Court's recent decision denying summary judgment.

5.      In order to accommodate the Parties' settlement discussions and analysis, and to provide the Parties and their witnesses with adequate time to prepare for trial, the Parties are requesting that trial be continued to April 2020.  The Parties are available for trial between April 14-30, 2020.

WHEREFORE, the Parties request that the Court continue the trial date from February 11, 2020, and set a new trial date after April 13, 2020.

Respectfully submitted,

**THOMPSON COBURN LLP**

By /s/ *R. Nelson Williams*
   R. Nelson Williams, IL - 6307334
   One US Bank Plaza
   St. Louis, Missouri  63101
   314-552-6000
   FAX 314-552-7000
   rwilliams@thompsoncoburn.com

 Attorney for Defendant Beelman Truck Co.

By  /s/ *Alexis D. Martin*
Alexis D. Martin, #06309619
Caffarelli & Associates Ltd.
224 S. Michigan Avenue, Suite 300
Chicago, Illinois 60604
Tel. (312) 763-6880
amartin@caffarelli.com

Attorney for Plaintiff Mark Cooper

- 2 -

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been filed with the court's electronic filing system this 13th day of January, 2020 and served upon the following:

Alejandro Caffarelli, #06239078
Alexis D. Martin, #06309619
Caffarelli & Associates, Ltd.
224 S. Michigan Ave., Ste. 300
Chicago, IL 60604
**Attorneys for Plaintiff**

/s/ R. Nelson Williams