UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARK COOPER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BEELMAN TRUCK CO., )<br>)<br>Defendant. ) | Case No.: 3:17-cv-03102-RM-TSH |

## ENTRY OF APPEARANCE

Conor P. Neusel, by and through the law firm Thompson Coburn LLP, enters his appearance on behalf of Defendant Beelman Truck Co. in the above-captioned matter.

Respectfully submitted,

THOMPSON COBURN LLP

By /s/ *Conor P. Neusel*
R. Nelson Williams, IL – 6307334
Conor P. Neusel, IL - 6315604
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000
rwilliams@thompsoncoburn.com
cneusel@thompsoncoburn.com

*Attorneys for Defendant Beelman Truck Co.*

## CERTIFICATE OF SERVICE

      The undersigned counsel hereby certifies that a copy of the foregoing Entry of Appearance was filed electronically upon the court's electronic filing system this 5th day of February, 2020 which will send notification to:

Alejandro Caffarelli, #06239078
Alexis D. Martin, #06309619
Caffarelli & Associates, Ltd.
224 S. Michigan Ave., Ste. 300
Chicago, IL 60604

*Attorneys for Plaintiff*

                                                   /s/ *Conor P. Neusel*