# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| MARK COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 3:17-cv-03102-RM-TSH |
| v. | ) |
| | ) |
| BEELMAN TRUCK CO., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, Mark Cooper ("Plaintiff") and Defendant, Beelman Truck Co. ("Beelman"), file this Notice of Settlement, and respectfully inform the Court that the parties have reached a settlement in principle to resolve all disputes between them. Plaintiff will proceed with dismissing this action once the parties have finalized the terms of the settlement.

Respectfully submitted,

**THOMPSON COBURN LLP**

By: _/s/ R. Nelson Williams_
    R. Nelson Williams, #63322
    One U.S. Bank Plaza, Suite 2700
    St. Louis, Missouri 63101
    314-552-6505
    FAX 314-552-7000
    rwilliams@thompsoncoburn.com

    Attorney for Defendant
    Beelman Truck Co.

- 2 -

        **CAFFARELLI & ASSOCIATES LTD.**

By /s/ *Alexis D. Martin*
   Alexis D. Martin, #06309619
   Caffarelli & Associates Ltd.
   224 S. Michigan Avenue, Suite 300
   Chicago, Illinois 60604
   Tel. (312) 763-6880
   amartin@caffarelli.com
   Attorney for Plaintiff Mark Cooper

- 3 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing has been filed with the court's electronic filing system this 12th day of May, 2020 and served upon the following:

Alejandro Caffarelli, #06239078
Alexis D. Martin, #06309619
Caffarelli & Associates, Ltd.
224 S. Michigan Ave., Ste. 300
Chicago, IL 60604
***Attorneys for Plaintiff***

                    /s/ *R. Nelson Williams*